IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REBECCA L VALENTINE, ) | |
| ) | |
| Plaintiff, ) | Civil No. 05-801-JO |
| ) | |
| v. ) | V E R D I C T |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, a foreign corporation, ) | |
| ) | |
| Defendant. ) | |

We, the jury, being duly empaneled and sworn to try the above-entitled case, do find as follows:

1. Has plaintiff proved by a preponderance of the evidence that defendant negligently failed to comply with one or more of the requirements of the Fair Credit Reporting Act? You must be in unanimous agreement as to which of the requirements was violated.

    YES ✓        NO _____

Go to Question No. 2

2. Has plaintiff proved by a preponderance of the evidence that defendant willfully failed to comply with one or more of the requirements of the Fair Credit Reporting Act? You must be in unanimous agreement as to which of the requirements was violated.

    YES _____        NO ✓

If your answer is "yes" to either Question No. 1 or 2, go to Question No. 3. If your answer to Questions 1 and 2 are "no," your verdict is for defendant, and the presiding juror should date and sign this form.

    3.    Has plaintiff proved by a preponderance of the evidence that she was caused emotional damages as a result of defendant's violation of the law as found above?

        YES ✓        NO _____

If your answer to Question No. 3 is "yes," then go to Question No. 4. If your answer to Question No. 3 is "no," then go to Question No. 5.

    4.    What is the total amount of money that will reasonably compensate plaintiff for emotional damages caused by defendant's failure to comply with the Fair Credit Reporting Act?

        $ 200,000

    5.    If you answer "yes" to Question No. 2, answer Question No. 6. If you answered "no" to Question No. 2, skip Question No. 6.

    6.    What amount of punitive damages, if any, should be awarded to plaintiff because of defendant's willful failure to comply with the Fair Credit Reporting Act?

        $ _____

DATED this 12th day of October, 200_

                                  _____
                                  PRESIDING JUROR