**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 05-801-JO  **Date of Proceeding:** 2/4/08

**Case Title:** Valentine v. Equifax Information Services

**Presiding Judge:** Robert E. Jones  **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None  **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER:

Plaintiff's Motion (#83) for attorney fees and Bill of Costs (#87) is under advisement as of 3/6/08

**PLAINTIFF'S COUNSEL**       **DEFENDANT'S COUNSEL**

**DOCUMENT NO:**
cc:   { } All counsel   **CIVIL MINUTES**

**Civil Minutes**   **Honorable Robert E. Jones**
**Revised 4/23/91**