UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**REBECCA L. VALENTINE**,                                          Case No. 05-CV-0801-JO

            Plaintiff,

                                                  **AMENDED JUDGMENT**

    v.

**EQUIFAX INFORMATION SERVICES LLC**,

            Defendant.

_____

        This action came on for trial before the Court and a jury, The Honorable Robert E. Jones,

United States District Judge, presiding, and the issues having been duly tried and the jury having

duly rendered its verdict,

        IT IS ORDERED AND ADJUDGED that the plaintiff recover of the defendant the sum

of $200,000, with interest thereon as provided by law.

        IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff recover of the

defendant reasonable attorneys fees of $117,096.80, with interest thereon as provided by law.

        IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff recover of the

defendant costs of $3,339.20, with interest thereon as provided by law.

DATED this 14th day of March, 2008.

/s/ Robert E. Jones
The Honorable Robert E. Jones
United States District Judge

PAGE 2 - AMENDED JUDGMENT