**MICHAEL C. BAXTER**
Oregon State Bar ID Number 91020
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
      Attorneys for Plaintiff Valentine

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **REBECCA L. VALENTINE**, | Case No. 05-CV-0801-JO |
| Plaintiff, | SATISFACTION OF JUDGMENT |
| v. | |
| **EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation, | |
| Defendant. | |

    Plaintiff in the above-styled action hereby acknowledges Satisfaction in Full of the

Judgment entered herein, and directs the clerk to cancel any execution issued on the Judgment;

and to mark the judgment as paid and satisfied in full.

DATED this 16th day of October, 2008.

Page 1 -- SATISFACTION OF JUDGMENT

/s/ Justin M. Baxter

_____
Justin M. Baxter, OSB #99217
justin@baxterlaw.com
Michael C. Baxter, OSB #91020
michael@baxterlaw.com
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)
Attorneys for Plaintiff Rebecca L. Valentine

Page 2 -- SATISFACTION OF JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing SATISFACTION OF JUDGMENT on:

Jeffrey Edelson
Markowitz Herbold et al
1211 SW 5th Ave Ste 3000
Portland OR  97204

Stewart Haskins
Lewis Perling
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521

   Of Attorneys for Defendant Equifax Information Services, LLC

   [  ]  Via First Class Mail

   [  ]  Via Facsimile

   [  ]  Via Hand Delivery

   [X]  Via E-Mail (CM/ECF)

DATED this 16th day of October, 2008.

/s/ Justin M. Baxter

_____
Justin M. Baxter, OSB #99217
justin@baxterlaw.com
Michael C. Baxter, OSB #91020
michael@baxterlaw.com
(503) 297-9031 (Telephone)
(503) 291-9172 (Facsimile)
Attorneys for Plaintiff Rebecca L. Valentine

Page 3 -- SATISFACTION OF JUDGMENT